No. 87–315. TICKEL *v.* GEORGIA. Appeal from Ct. App. Ga. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 87–342. HUDGINS ET AL. *v.* INTERNAL REVENUE SERVICE. Appeal from C. A. D. C. Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 87–5045. WULFFENSTEIN *v.* UTAH. Appeal from Sup. Ct. Utah dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 87–5062. WILLIAMS *v.* GEORGIA. Appeal from Ct. App. Ga. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 87–5168. BROWN *v.* PARNHAM. Appeal from C. A. 11th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 87–5188. COOMBS *v.* METROPOLITAN FEDERAL SAVINGS & LOAN ASSNS. Appeal from Sup. Ct. N. J. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 87–5208. WILLIAMS *v.* FEDERICO ET AL. Appeal from Sup. Ct. Fla. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 87–5273. NAKAGAWA *v.* COLORADO. Appeal from Ct. App. Colo. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 86–1758. WATERWAYS ASSOCIATION OF PITTSBURGH *v.* ROSE, STATE TAX COMMISSIONER OF WEST VIRGINIA. Appeal from Cir. Ct. Kanawha County, W. Va., dismissed for want of properly presented federal question.